al prisoner under 28 U.S.C. § 2241. This case was held in abeyance pending a decision in the Supreme Court's case of *Lopez v. Davis*, No. 99–7504, and this court's case of *Powell v. Thoms*, No. 99–5974. These cases have now been decided. *See Lopez v. Davis*, 531 U.S. 230, 121 S.Ct. 714, 718, 148 L.Ed.2d 635 (2001); *Powell v. Thoms*, No. 99–5974 (6th Cir. Apr. 5, 2001) (unpublished order). The government has filed a notification regarding the status of petitioner Smith.

Upon consideration, we conclude that the district court is in a better position to resolve the impact of the *Lopez* decision upon this case than we are. *See Hardy v. Sec'y for Dep't of Corrs.*, 246 F.3d 1300, 1301 (11th Cir.2001) (per curiam). Therefore, it is sua sponte ordered that the judgment of the district court is vacated, and the case is remanded for further consideration in light of *Lopez*.

Respondent Maryellen Thoms appeals a district court order granting a petition for a writ of habeas corpus filed by this federal prisoner under 28 U.S.C. § 2241. This case was held in abeyance pending a decision in the Supreme Court's case of *Lopez v. Davis*, No. 99–7504, and this court's case of *Powell v. Thoms*, No. 99–5974. These cases have now been decided. *See Lopez v. Davis*, 531 U.S. 230, 121 S.Ct. 714, 718, 148 L.Ed.2d 635 (2001); *Powell v. Thoms*, No. 99–5974 (6th Cir. April 5, 2001) (unpublished order).

Upon consideration, we conclude that the district court is in a better position to resolve the impact of the *Lopez* decision upon this case than we are. *See Hardy v. Sec'y for Dep't of Corrs.*, 246 F.3d 1300, 1301 (11th Cir.2001) (per curiam). Therefore, it is sua sponte ordered that the judgment of the district court is vacated, and the case is remanded for further consideration in light of *Lopez*.

Rolando SEPULVEDA, Petitioner–
Appellee,

v.

Maryellen THOMS, Warden,
Respondent–Appellant.

No. 00–5815.

United States Court of Appeals,
Sixth Circuit.

July 16, 2001.

Before KRUPANSKY, RYAN, and
SILER, Circuit Judges.

Louis BAFILE, Petitioner–Appellee,

v.

Maryellen THOMS, Warden,
Respondent–Appellant.

No. 00–5756.

United States Court of Appeals,
Sixth Circuit.

July 16, 2001.

Before KRUPANSKY, RYAN, and
SILER, Circuit Judges.

Respondent Maryellen Thoms appeals a district court order granting a petition for a writ of habeas corpus filed by Louis Bafile under 28 U.S.C. § 2241. This appeal was held in abeyance pending decisions by the Supreme Court in *Lopez v. Davis,* No. 99–7504, and by this court in *Powell v. Thoms,* No. 99–5974. These cases have now been decided. *See Lopez v. Davis,* 531 U.S. 230, 121 S.Ct. 714, 718, 148 L.Ed.2d 635 (2001); *Powell v. Thoms,* No. 99–5974 (6th Cir. April 5, 2001) (unpublished order).

In *Powell,* the court noted that the petitioner had been released from custody, so the case was now moot. In this case, the address for Louis Bafile reflects that he, too, has been released from custody. Therefore, his appeal is also moot. In this situation, the proper procedure is to vacate the district court's judgment and to remand the case to the district court with directions to dismiss the petition as moot. *United States v. Munsingwear, Inc.,* 340 U.S. 36, 39–40, 71 S.Ct. 104, 95 L.Ed. 36 (1950).

Accordingly, the judgment of the district court is vacated, and the case is remanded to the district court with directions to dismiss the petition as moot.

Andre John DENNARD, Petitioner–Appellee,

v.

Maryellen THOMS, Warden, Respondent–Appellant.

No. 00–6316.

United States Court of Appeals, Sixth Circuit.

July 16, 2001.

Before KRUPANSKY, RYAN, and SILER, Circuit Judges.

Respondent Maryellen Thoms appeals a district court order granting a petition for a writ of habeas corpus filed by this federal prisoner under 28 U.S.C. § 2241. This case was held in abeyance pending a decision in the Supreme Court's case of *Lopez v.. Davis,* No. 99–7504, and this court's case of *Powell v. Thoms,* No. 99–5974. These cases have now been decided. *See Lopez v. Davis,* 531 U.S. 230, 121 S.Ct. 714, 718, 148 L.Ed.2d 635 (2001); *Powell v. Thoms,* No. 99–5974 (6th Cir. April 5, 2001) (unpublished order). The government has filed a notification regarding the status of petitioner Dennard.

Upon consideration, we conclude that the district court is in a better position to resolve the impact of the *Lopez* decision upon this case than we are. *See Hardy v. Sec'y for Dep't of Corrs.,* 246 F.3d 1300, 1301 (11th Cir.2001) (per curiam). Therefore, it is sua sponte ordered that the judgment of the district court is vacated,